# United States District Court

**ORIGINAL**

NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 29 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.

TIMOTHY LYLE CHAPPELL

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:10-MJ-1753

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>June 2010</u> in <u>DeKalb</u> County, in the Northern District of Georgia defendant did,

knowingly recruit, entice, harbor, transport, provide, obtain, or maintain by any means, in and affecting interstate or foreign commerce, "C.B.," knowing and in reckless disregard of the fact that force, threats of force, fraud, or coercion would be used to cause "C.B." to engage in a commercial sex act, and "C.B." had not attained the age of 18 years and that "C.B." would be caused to engage in a commercial sex act,

in violation of Title <u>18</u> United States Code, Section(s) <u>1591(a)</u>.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   (X) Yes   ( ) No

_____
Signature of Complainant
Nathan Garrett Whiteman

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

November 29, 2010                                at          Atlanta, Georgia
Date                                                             City and State

C. Christopher Hagy
United States Magistrate Judge                       _____
Name and Title of Judicial Officer                    Signature of Judicial Officer

AUSA Zahra S. Karinshak

## AFFIDAVIT OF NATHAN WHITEMAN

I, Nathan Garrett Whiteman, being duly sworn, depose and state the following:

## INTRODUCTION

1. This affidavit is submitted in support of an arrest warrant for TIMOTHY LYLE CHAPPELL, who knowingly recruited, enticed, harbored, transported, provided, obtained, or maintained by any means, in and affecting interstate or foreign commerce, "C.B.," knowing and in reckless disregard of the fact that force, threats of force, fraud, or coercion would be used to cause "C.B." to engage in a commercial sex act, and "C.B." had not attained the age of 18 years and that "C.B." would be caused to engage in a commercial sex act, all in violation of Title 18 United States Code, Sections 1591 (a).

**Background**

2. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since May 2004. I am assigned to the FBI office in Atlanta where I work on the Violent Crimes/Major Offenders Squad, which has the responsibility of investigating violent federal criminal offenses including transportation of individuals for illegal sexual activity.

3. The following is based on information and belief, the source of that information and basis for that belief being information obtained from investigation conducted personally and by other law enforcement agents investigating this case.

4. On November 16, 2010, the FBI received a telephone call from the Cobb County Sheriff's Office (CCSO) related to an ongoing investigation related to a Level III Violent Sexual Predator monitored by the CCSO, TIMOTHY LYLE CHAPPELL, a white male, date of birth, February XX, 1962, social security account number, XXX-XX-7216, FBI #,

249404HA9, Height, 5'11", Weight, 250 pounds. CHAPPELL is on the Sex Offender Registry due to a child molestation conviction from August 25, 2000 in Cobb County, Georgia.

5. In June 2010, the CCSO monitored recorded jail conversations of CHAPPELL. In several incidences, CHAPPELL spoke to a very young-sounding female on the telephone. In the conversations, CHAPPELL spoke with the female about giving her CHAPPELL's car. The female advised CHAPPELL that she was not old enough to drive a car. CHAPPELL advised that female that he would show her how to drive a car. CHAPPELL went on to state that CHAPPELL would have someone send the female a cellular telephone for her to use to contact CHAPPELL.

6. In August 2010, the CCSO continued to monitor recorded jail conversations between CHAPPELL and an associate, SHERMAN STRATTON. In one conversation, CHAPPELL requested STRATTON buy a prepaid cellular telephone and mail it to C.B. CHAPPELL provided the full address for C.B.'s residence. Database checks for that address and an individual named C.B. verified that C.B. resided at the address provided by CHAPPELL and that C.B. was 15 years old, being born in 1995.

7. On November 16, 2010, the CCSO located C.B. and conducted an interview of C.B. and her mother S.B. During an initial interview of S.B., she was shown a photograph of CHAPPELL. S.B. advised that she did not know CHAPPELL and had never seen him before.

8. During the interview of C.B. on that same date, C.B. stated that she used to live with her aunt in Carrolton, Georgia. C.B. advised that she met CHAPPELL through Craigslist.com. C.B. advised that she originally spoke to a man named "Steve", whom

CHAPPELL later identified as his brother. C.B. advised that in June 2010, CHAPPELL sent an unknown individual to pick C.B. up from her aunt's residence. C.B. advised that she was taken to the HILLTOP INN. C.B. initially could not remember the location of the HILLTOP INN, but then recalled that it was located in Conley, Georgia. (Further investigation showed that the HILLTOP INN is located at 3140 Moreland Avenue, Conley, Georgia, within the Northern District of Georgia.) C.B. advised that she spent two days at the hotel. C.B. advised that CHAPPELL had C.B. stay in one room and CHAPPELL stayed in the room next to C.B. C.B. could not remember the specific dates of the stay in June 2010, nor could she remember the room numbers.

9. C.B. advised that she had oral sex with CHAPPELL at the hotel as well as sexual intercourse with CHAPPELL specifically vaginal penetration with CHAPPELL's penis. C.B. stated that CHAPPELL set up dates for C.B. to have sex with two other men. C.B. advised that she had sex in exchange for a ride home. C.B. advised that she also had sex with another man in exchange for money. C.B. stated that following the date, C.B. had to give the money to CHAPPELL to pay for the room.

10. An internet search of CHAPPELL's telephone number, 706-429-3478, results in numerous postings on Craigslist.com for a driver and general laborer.

11. On Saturday August 28, 2010, C.B. received an email communication from TIM CHAPPELL, from email address, mistertim8@yahoo.com. In that email, the subject line reads, "hey". The body of the message is as follows:

> "Hey girl, heard u went to Gwinnett. U like it up there" Hope U doin OK. I am at my moms, got out today. Really sucks with what all is going on with her. Tried to call u, but 432-4409 said it isn't accepting calls. Take care."

12. Contact was made with the HILLTOP INN to search CHAPPELL's name for any reservations at the hotel. Results showed that TIMOTHY LYLE CHAPPELL, date of birth, February XX, 1962, address, 130 South Park Square, Marietta, Georgia stayed in room 126 from May 10, 2010 to June 6, 2010 and room 254 from June 6, 2010 to June 24, 2010. An additional room reservation in the name of CHAPPELL was located for room 252 from June 21, 2010 to June 23, 2010.

13. The HILLTOP INN is an independent hotel owned by VIC AMIN. AMIN is part of a group, which owns hotels in Georgia and Michigan. The HILLTOP INN orders and receives its supplies from AVM ENTERPRISES, AMERICAN HOTEL REGISTER, and HD SUPPLY.

14. AVM ENTERPRISES is described on its website as one of the main-line distributors of hospitality products for forty different brands, with headquarters in Chattanooga, Tennessee.

15. AMERICAN HOTEL REGISTER describes its services on its website as marketing and distributing consumer utility products to the hospitality sector. American Hotel Register was founded in 1865 and is headquartered in Vernon Hills, Illinois with additional distribution facilities in Chicago, Illinois; Dallas, Texas; Honolulu, Hawaii; Lakewood, New Jersey; Las Vegas, Nevada; and Los Angeles, California.

16. HD SUPPLY is described on its website as a leading wholesale distribution company, providing a broad range of products and services to professional customers in the Infrastructure and Energy, Maintenance, Repair, and Improvement and Specialty Construction markets. HD SUPPLY is described as one of the largest wholesale distributors in North America.

## Conclusion

17.    Based on the foregoing, your affiant submits that there is probable cause to believe that TIMOTHY LYLE CHAPPELL, knowingly recruited, enticed, harbored, transported, provided, obtained, or maintained by any means, in and affecting interstate or foreign commerce, "C.B.," knowing and in reckless disregard of the fact that force, threats of force, fraud, or coercion would be used to cause "C.B." to engage in a commercial sex act, and "C.B." had not attained the age of 18 years and that "C.B." would be caused to engage in a commercial sex act, all in violation of Title 18 United States Code, Sections 1591 (a).