## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 1:10-CR-531

TIMOTHY LYLE CHAPPELL

---

## MOTION TO SUPPRESS EVIDENCE

COMES NOW the Defendant, Mr. Timothy Chappell, by and through his undersigned counsel, and moves this Court to hold a pretrial hearing to determine the legality of an unwarranted search of his residence and the seizure and subsequent search of a number of his: computers, cellular telephones, certain computer media, and other documents and effects.

On November 30, 2010, two federal agents (accompanied by Dekalb County officers) arrested Mr. Chappell at his residence. The agents did not have a warrant to search or seize any property belonging to Mr. Chappell. Searches and seizures inside a home without a search warrant are presumptively unreasonable. *Payton v. New York*, 445 U.S. 573, 603 (1980).

The search, the consequential seizure, and the subsequent searches and

1

examinations of Mr. Chappell's property from his residence was unconstitutional and in contravention of the Fourth Amendment. The items located and seized should be suppressed. Furthermore, any and all fruit of the unlawful search and seizure should be suppressed as well. *See Wong Sun v. United States*, 371 U.S. 471, 83 S.Ct. 407, 9 L.Ed.2d 441 (1963); *United States v. Chanthasouxat*, 342 F.3d 1271 (11th Cir. 2003). The government bears the burden of proving that the unwarranted search of the residence, and the seizure of his property, were constitutional and not in violation of the Fourth Amendment.

WHEREFORE, Defendant respectfully requests: (a) that the Court issue an order setting this matter down for a pre-trial hearing at which time the government should be required to show cause why the relief sought by the Defendant should not be granted; (b) that the Defendant be permitted to supplement this motion if necessary; (c) that the Court allow additional briefing on this issue following the hearing of evidence on this matter; (d) that the Court issue an order suppressing all illegally or unconstitutionally seized or obtained evidence and any reference thereto in the event this case goes to trial; and (e) that the Court grant such other relief as may be just under the circumstances of this case.

Dated: This 22nd day of February, 2011.

Respectfully Submitted,

*/s/ Morad Fakhimi*
MORAD FAKHIMI
GEORGIA BAR NO.: 236341
ATTORNEY FOR MR. CHAPPELL

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Morad_Fakhimi@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion has been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record:

Dated:  This 22nd day of February, 2011.

*/s/ Morad Fakhimi*_____
MORAD FAKHIMI
GEORGIA BAR NO.: 236341
ATTORNEY FOR MR. CHAPPELL

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Morad_Fakhimi@fd.org