# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cr-00531-WSD -ECS
## USA v. Chappell
## Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Open Court on 03/17/2011.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 11:08 A.M.
TIME IN COURT: 00:53

COURT REPORTER: Montrell Vann
DEPUTY CLERK: Angela Smith

| | |
|---|---|
| DEFENDANT(S): | [1]Timothy Lyle Chappell Present at proceedings |
| ATTORNEY(S) PRESENT: | Morad Fakhimi representing Timothy Lyle Chappell<br>Teresa Hoyt representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MOTIONS RULED ON: | DFT#1-[25]Motion to Suppress Statements TAKEN UNDER ADVISEMENT<br>DFT#1-[26]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Witness G1 - Joseph Fonseca - FBI Agent, sworn and testified. Exhibit G1 - Consent to search form - ADMITTED, Exhibit G2 - Advice of Rights from - ADMITTED, Exhibit G3 - Criminal Complaint - ADMITTED. Witness G2 - Mike Greene - FBI Agent, sworn and testified. Evidence closed. Transcript due by 3/31/11, Defendant's brief in support due by 4/14/11, Government's response due by 4/28/11 and any reply to the government's response is due by 5/5/11. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |